1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Rudy Maldonado-Gonzalez

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JAN M. ADLER)**

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ0177
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                    )
14 RUDY MALDONADO-GONZALEZ,         )
                                    )
15         Defendant.                )
   _____ )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23 DATED:    January 28, 2008          /s/ Carey D. Gorden
                                       **CAREY D. GORDEN**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Rudy Maldonado-Gonzalez